**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HIMELDA MENDEZ on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

SUTTON GARDENS LLC,

    Defendant.

Case No. 1:18-cv-04856-RWS

**STIPULATION OF DISMISSAL**

*RECEIVED OCT 12 2018 JUDGE SWEET CHAMBERS*

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    October 9, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Kerry E. Ayala, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
kerry.ayala@wilsonelser.com
*Attorney for Defendant*



So ordered
Sweet USDJ
10-12-18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/18